# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas

In re: Lattice Communications, Inc.
76-0540795

Case No. 01-80358-G3-11
Chapter 11

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 600,067.00 | Sales | 1999 |
| 1,283,977.66 | Sales | 2000 |
| 784,416.71 | Sales | 2001 |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 2,617.00 | Other income | 1999 |
| 168,902.86 | Other income & interest income | 2000 |
| 54.75 | Other income | 2001 |

### 3. Payments to creditors

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

10

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| **Alltel**<br>P.O. Box 8813<br>Little Rock, AR   72231-8813 | 5/29/01<br>5/29/01<br>5/29/01<br>5/29/01<br>5/29/01<br>5/29/01<br>5/29/01<br>6/07/01<br>6/28/01<br>7/09/01<br>7/09/01<br>7/09/01<br>8/13/01 | 56.91<br>64.46<br>5.11<br>65.17<br>62.18<br>63.24<br>67.29<br>691.89<br>394.74<br>67.29<br>65.17<br>199.75<br>569.26 | | **2,372.46** |
| **AT & T**<br>P.O. Box 2971<br>Omaha, NE   68103-2971 | 6/07/01<br>6/07/01<br>6/25/01<br>6/25/01<br>6/25/01<br>7/09/01<br>7/09/01 | 904.35<br>231.17<br>14.22<br>4.25<br>4.25<br>238.82<br>469.99 | | **1,867.05** |
| **Bauer Properties, LP**<br>10076 Litzsinger<br>St. Louis, MO   63124 | 5/31/01<br>6/30/01<br>8/01/01 | 958.33<br>916.67<br>895.83 | | **2,770.83** |
| **Ben Kokenge** | 6/01/01<br>6/05/01<br>6/15/01<br>6/15/01<br>7/01/01<br>7/18/01<br>8/01/01<br>8/13/01<br>8/15/01 | 2,159.37<br>2,447.20<br>2,159.37<br>2,447.20<br>2,159.37<br>2,159.37<br>2,159.37<br>193.29<br>2,159.37 | | **18,043.91** |
| **Chris Ransom** | 6/01/01<br>6/15/01<br>7/01/01<br>8/16/01 | 1,091.98<br>1,091.98<br>1,091.98<br>536.48 | | **3,812.42** |
| **Cisco Systems Capital Corporation**<br>5500 Wayzata Blvd., Ste. 725<br>Golden Valley, MN   55416-1244 | 6/04/01<br>6/18/01<br>7/03/01<br>8/01/01 | 6,258.77<br>1,519.90<br>7,030.42<br>7,030.42 | | **21,839.51** |
| **Data Pack** | 7/15/01<br>7/30/01 | 669.79<br>669.79 | | **1,339.58** |
| **Donald A. Socher and Mary Lou Socher**<br>44 Duplin Meadow Dr.<br>The Woodlands, TX   77381 | 5/31/01<br>6/30/01<br>8/01/01 | 239.58<br>229.17<br>223.96 | | **692.71** |
| **Eastford Investors, LLC**<br>3132 E. 87th St.<br>Tulsa, OK   74137 | 5/31/01<br>6/30/01<br>8/01/01 | 335.42<br>320.83<br>313.54 | | **969.79** |
| **Faxaway**<br>417 2nd Ave. W.<br>Seattle, WA   98119-4012 | 8/09/01 | | | **622.37** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| FedEx<br>P.O. Box 1140<br>Memphis, TN  38101-1140 | 5/31/01<br>6/07/01<br>6/21/01<br>6/21/01<br>6/21/01<br>6/21/01<br>8/09/01 | 337.40<br>19.38<br>17.80<br>21.84<br>73.12<br>42.50<br>455.04 | 967.08 | |
| Frank Kokenge | 6/01/01<br>6/01/01<br>6/15/01<br>7/01/01<br>7/02/01<br>7/01/01 | 1,326.11<br>338.32<br>1,326.11<br>1,326.11<br>107.66<br>551.98 | 4,976.29 | |
| GIB Lmited Partnership<br>311 S. Wacker Dr., Ste. 4190<br>Chicago, IL  60606 | 5/31/01<br>6/30/01<br>8/01/01 | 958.33<br>916.67<br>895.83 | 2,770.83 | |
| Harold S. Engel<br>53 Sunny Slope Circle<br>The Woodlands, TX  77381 | 6/30/01<br>8/01/01 | 550.<br>537.50 | 1,087.50 | |
| Health Plan Services<br>P.O. Box 740518<br>Atlanta, GA  30374-0518 | 6/25/01<br>7/15/01<br>7/30/01<br>8/28/01 | 2,905.90<br>2,058.50<br>2,058.50<br>1,816.89 | 8,839.79 | |
| Heller Financial<br>135 S. LaSalle St., Dept. 2030<br>Chicago, IL  60674-2030 | 5/30/01<br>7/02/01 | 5,083.46<br>10,342.59 | 15,426.05 | |
| IPass<br>3800 Bridge Parkway<br>Redwood Shores, CA  94065 | 8/09/01 | | 999.93 | |
| James A. Black<br>30 Skyflower Dr.<br>The Woodlands, TX  77381 | 5/31/01<br>6/30/01<br>8/01/01 | 239.58<br>229.17<br>223.96 | 692.71 | |
| Lambro's L.P.<br>P.O. Box 4064<br>Chesterfield, MO  63006-4064 | 5/31/01<br>8/01/01 | 4,791.67<br>4,479.17 | 9,720.84 | |
| Level3<br>555 17th St., Suite 600<br>Dept. 182<br>Denver, CO  80202 | 8/03/01<br>8/09/01 | 11,000.<br>6,408.83 | 17,408.83 | |
| Netopia, Inc.<br>2470 Mariner Square Loop<br>Alameda, CA  94501 | 6/07/01<br>7/02/01 | 5,143.50<br>9,890.50 | 15,034.00 | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| **Network Solutions** P.O. Box 1656 Herndon, VA 20172-1656 | 6/07/01 | 70. | 3,360.00 | |
| | 6/07/01 | 70. | | |
| | 6/07/01 | 70. | | |
| | 6/07/01 | 70. | | |
| | 6/07/01 | 70. | | |
| | 6/14/01 | 70. | | |
| | 6/14/01 | 70. | | |
| | 6/14/01 | 70. | | |
| | 6/14/01 | 70. | | |
| | 6/14/01 | 70. | | |
| | 6/14/01 | 840. | | |
| | 6/14/01 | 70. | | |
| | 6/14/01 | 210. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/06/01 | 70. | | |
| | 7/09/01 | 70. | | |
| | 7/09/01 | 70. | | |
| | 7/09/01 | 770. | | |
| **Norman Frager Revocable Trust** 14659 Mallard Lake Dr. Chesterfield, MO 63017-5591 | 5/31/01 | 958.33 | 2,770.83 | |
| | 6/30/01 | 916.67 | | |
| | 8/01/01 | 895.83 | | |
| **Paul Dermoody** | 7/15/01 | 1,345.10 | 2,690.20 | |
| | 7/30/01 | 1,345.10 | | |
| **Prentiss Properties Acquisition Partners** P.O. Box 730635 Dallas, TX 75373-0635 | 7/02/01 | 6,846.54 | 14,194.54 | |
| | 8/07/01 | 7,348. | | |
| **Richard W. Weber and Pamela A. Weber** 5864 Canterfield Court St. Charles, MO 63304 | 5/31/01 | 287.50 | 831.25 | |
| | 6/30/01 | 229.17 | | |
| | 8/01/01 | 268.75 | | |
| **Ronald A. Koseluk and Joan Q. Koseluk** 34498 Cedarfield Dr. Ridge Manor, FL 33523 | 5/31/01 | 239.58 | 692.71 | |
| | 6/30/01 | 229.17 | | |
| | 8/01/01 | 223.96 | | |
| **Signius** 4010 W. 86th St., Ste. D Indianapolis, IN 46268 | 7/03/01 | 1,002. | 1,930.44 | |
| | 7/15/01 | 464.22 | | |
| | 7/30/01 | 464.22 | | |
| **Southwestern Bell** | SEE ATTACHMENT #3a | | 45,693.91 | |
| **Sprint** P.O. Box 530581 Atlanta, GA 30353-0581 | 6/01/01 | 87.48 | 745.17 | |
| | 6/05/01 | 86.49 | | |
| | 6/21/01 | 73.52 | | |
| | 6/21/01 | 82.21 | | |
| | 6/28/01 | 247.03 | | |
| | 7/24/01 | 168.44 | | |
| **Texas State Treasurer** | 7/03/01 | 5,298.65 | 5,828.51 | |
| | 8/03/01 | 264.93 | | |
| | 8/03/01 | 264.93 | | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| **The Guardian** | 6/04/01 | 624.71 | 1,614.03 | |
| | 7/03/01 | 494.66 | | |
| | 8/01/01 | 494.66 | | |
| **The Hartford** | 6/07/01 | 303.89 | 1,245.56 | |
| | 7/15/01 | 318.89 | | |
| | 7/30/01 | 622.78 | | |
| **Tiime Warner Telecom** | 5/31/01 | 4,000. | 59,132.59 | |
| Dept. CH10118 | 5/31/01 | 7,339.66 | | |
| Palatine, IL  60055-0118 | 5/31/01 | 11,339.66 | | |
| | 6/26/01 | 8,579.08 | | |
| | 6/26/01 | 719.43 | | |
| | 6/26/01 | 988.60 | | |
| | 7/06/01 | 10,206.16 | | |
| | 7/06/01 | 993.81 | | |
| | 7/24/01 | 1,055.07 | | |
| | 7/24/01 | 1,928.38 | | |
| | 7/24/01 | 1,000. | | |
| | 7/24/01 | 1,928.38 | | |
| | 7/24/01 | 1,000. | | |
| | 7/24/01 | 1,000. | | |
| | 7/24/01 | 1,000. | | |
| | 8/07/01 | 65.36 | | |
| | 8/07/01 | 1,452.94 | | |
| | 8/07/01 | 2,801.25 | | |
| | 8/07/01 | 1,734.81 | | |
| **TXU** | 5/30/01 | 103.28 | 1,141.16 | |
| | 5/30/01 | 103.27 | | |
| | 5/30/01 | 106.79 | | |
| | 6/21/01 | 103.27 | | |
| | 6/21/01 | 156.62 | | |
| | 7/09/01 | 567.93 | | |
| **Verizon** | 6/05/01 | 99.36 | 3,562.06 | |
| | 6/05/01 | 109.62 | | |
| | 6/07/01 | 104.79 | | |
| | 6/11/01 | 91.80 | | |
| | 6/11/01 | 79.61 | | |
| | 6/11/01 | 43.91 | | |
| | 6/11/01 | 5.86 | | |
| | 6/11/01 | 144.89 | | |
| | 6/21/01 | 150.31 | | |
| | 6/21/01 | 252.05 | | |
| | 6/21/01 | 268.79 | | |
| | 6/21/01 | 90.20 | | |
| | 7/25/01 | 109.60 | | |
| | 7/25/01 | 701.99 | | |
| | 8/13/01 | 1,309.28 | | |
| **Wells Fargo Financial Leasing** | 6/11/01 | 785. | 3,290.42 | |
| P.O. Box 6167 | 7/15/01 | 860.21 | | |
| Carol Stream, IL  60197-6167 | 7/30/01 | 1,645.21 | | |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| None ☐ | NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| | **SEE ATTACHMENT #3b** | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fuqua & Keim, LLP** 2777 Allen Parkway, #480 Houston, TX 77019 | 8/17/01  10,000. 8/28/01  25,000. | 35,000. |

### 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory ( including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Enivronmental Law.

None ☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceeding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|---|---|
| | |

## 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Denise Davidson<br>2219 Briarwest Blvd.<br>Houston, TX | January 1, 2000 - June 30, 2001 |
| Jeffery V. Houston<br>5151 Edloe St., #4110<br>Houston, TX 77005 | January 1, 2000 - June 30, 2001 |
| Pat Bren<br>35 Crescent View Ct.<br>The Woodlands, TX | June, 1997 to present |

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| | |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐

| NAME | ADDRESS |
|---|---|
| Lattice Communications | 11811 North Freeway, Ste. 975<br>Houston, TX 77060 |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| None | NAME AND ADDRESS | DATE ISSUED |
|---|---|---|
| ☐ | Bauer Properties LP<br>10076 Litzsinger<br>St. Louis, MO 63124 | various |
| | Cisco Systems Capital Corporation<br>5500 Wayzala Blvd.<br>Golden Valley, MN 55416-1244 | various |
| | Darryl Emmert<br>12625 Memorial, #34<br>Houston, TX 77024 | various |
| | Donald A. & Mary Lou Socher<br>44 Duplin Meadow Dr.<br>The Woodlands, TX 77381 | various |
| | Eastford Investors, LLC<br>3132 E. 87th St.<br>Tulsa, OK 74137 | various |
| | GIB Limited Partnership<br>311 S. Wacker Dr., Ste. 4190<br>Chicago, IL 60606 | various |
| | Harold M. & Helen L. Klamen<br>2244 Kehrs Glen Ct.<br>Chesterfield, MO 63005 | various |
| | Harold S. Engel<br>53 Sunny Slope Circle<br>The Woodlands, TX 77381 | various |
| | Heller Financial, Inc.<br>135 S. LaSalle St.<br>Dept. 2030<br>Chicago, IL 60674-2030 | various |
| | James A. Black<br>30 Skyflower Dr.<br>The Woodlands, TX 77381 | various |
| | Jodi M. Batten<br>11 Tamari Court<br>Randolph, NJ 07869 | various |
| | Lambro's LP<br>P.O. Box 4064<br>Chesterfield, MO 63006-4064 | various |
| | Marvin Klaman Trust<br>14119 Woodsmillcove Dr.<br>St. Louis, MO 63144 | various |
| | Norman Frager Revocable Trust<br>14659 Mallard Lake Dr.<br>Cheserfield, MO 63017-5591 | various |
| | Prentiss Properties Acquisition Partners<br>P.O. Box 730635<br>Dallas, TX 75373-0635 | various |
| | Richard W. & Pamela A. Weber<br>5864 Canterfield Court<br>St. Charles, MO 63304 | various |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Ronald A. & Joan Q. Koseluk**<br>34498 Cedarfield Dr.<br>Ridge Manor, FL 35523 | various |
| **Wells Fargo Financial Leasing**<br>P.O. Box 6167<br>Carol Stream, IL 60197-6167 | various |

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **John R. Babec**<br>607 Flaghoist Ln.<br>Houston, TX 77079 | **Vice President** | **613,333 shares common**<br>**20%** |
| **Richard A. Koseluk**<br>14 Crescent View Ct.<br>The Woodlands, TX 77381 | **Chairman & CEO** | **2,553,733 common shares**<br>**55%** |

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None ☐

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Darryl Emmert**<br>12625 Memorial Dr., #34<br>Houston, TX 77024 | **Vice President** | **June 30, 2001** |

ClibPDF - www.fastio.com

| | | | | |
|---|---|---|---|---|
| Southwestern Bell | | | | |
| Bill Pmt -Check | 5/29/2001 | 2814659188M | | -133.00 |
| Bill Pmt -Check | 5/30/2001 | 5339 | | -2,207.26 |
| Bill Pmt -Check | 5/30/2001 | 5340 | | -2,641.46 |
| Bill | 6/1/2001 | 2816750743J | | -62.33 |
| Bill | 6/5/2001 | 7133569148j | | -80.16 |
| Bill | 6/5/2001 | 8324678267J | | -67.43 |
| Bill | 6/5/2001 | 2813789099J | | -184.71 |
| Bill | 6/5/2001 | 5123634873J | | -66.17 |
| Bill | 6/5/2001 | 2818520088J | | -500.62 |
| Bill | 6/5/2001 | 2818260311J | | -68.43 |
| Bill | 6/5/2001 | 2818260026J | | -193.39 |
| Bill | 6/5/2001 | 2814659525J | | -80.60 |
| Bill | 6/5/2001 | 2818250086J | | -497.18 |
| Bill | 6/6/2001 | 2817650763J | | -160.33 |
| Bill | 6/6/2001 | 2816560157J | | -67.20 |
| Bill | 6/6/2001 | 7133782476J | | -82.40 |
| Bill | 6/6/2001 | 2812557836J | | -67.20 |
| Bill | 6/6/2001 | 2818529280J | | -66.11 |
| Bill | 6/6/2001 | 2812970146J | | -94.36 |
| Bill | 6/6/2001 | 2816560011J | | -682.51 |
| Bill | 6/6/2001 | 2816523571J | | -69.34 |
| Bill | 6/6/2001 | 2812974316J | | -564.56 |
| Bill | 6/6/2001 | 2818580111J | | -67.20 |
| Bill | 6/6/2001 | 2814659188J | | -66.51 |
| Bill | 6/7/2001 | 2818523892J | | -66.14 |
| Bill | 6/7/2001 | 2815478005J | | -67.47 |
| Bill | 6/7/2001 | 2816499314j | | -94.58 |
| Bill | 6/7/2001 | 2816750273J | | -81.85 |

**ATTACHMENT #3a**

# Lattice Communications, Inc.
## Transactions by Vendor
### May 28 through August 28, 2001

| Type | Date | Num | Amount |
|---|---|---|---|
| Bill | 6/7/2001 | 2816750607J | -94.73 |
| Bill | 6/7/2001 | 2816750612J | -98.00 |
| Bill | 6/7/2001 | 2816529246J | -69.91 |
| Bill | 6/11/2001 | 9722672276J | -170.50 |
| Bill | 6/11/2001 | 2812366919J | -174.22 |
| Bill | 6/11/2001 | 2812386888J | -173.37 |
| Bill | 6/21/2001 | 4696339561J | -71.97 |
| Bill | 6/21/2001 | 2813789915J | -457.38 |
| Bill | 6/21/2001 | 2813789915J | -200.49 |
| Bill | 6/21/2001 | 2818250088J | -500.62 |
| Bill | 6/21/2001 | 2818520086j | -497.18 |
| Bill | 6/21/2001 | 2812974316J | -564.56 |
| Bill | 6/21/2001 | 2818805701J | -63.57 |
| Bill | 6/21/2001 | 2819669970J | -80.43 |
| Bill | 6/21/2001 | 7135120392J | -228.61 |
| Bill | 6/21/2001 | 5123634873J | -66.19 |
| Bill | 6/21/2001 | 5123634841J | -77.53 |
| Bill | 6/21/2001 | 5126697867J | -65.88 |
| Bill | 6/21/2001 | 5126734150J | -77.94 |
| Bill | 6/21/2001 | 2814010382J | -184.56 |
| Bill | 6/21/2001 | 2814012043J | -184.16 |
| Bill | 6/21/2001 | 7133190876j | -233.80 |
| Bill | 6/21/2001 | 2819660154J | -80.16 |
| Bill | 6/21/2001 | 7134950048J | -97.36 |
| Bill | 6/21/2001 | 7139820413J | -67.05 |
| Bill | 6/21/2001 | 7133569148J | -80.16 |
| Bill | 6/21/2001 | 2812289368J | -78.16 |
| Bill | 6/21/2001 | 2812974481J | -206.08 |
| Bill | 6/21/2001 | 4696331279J | -71.97 |
| Bill | 6/22/2001 | 2816750695J | -88.21 |
| Bill | 6/22/2001 | 2816750018J | -68.21 |
| Bill | 6/22/2001 | 2812527272J | -206.18 |
| Bill | 6/22/2001 | 2816049630J | -62.33 |
| Bill | 6/22/2001 | 2816045048J | -75.80 |
| Bill | 6/22/2001 | 2816750554J | -62.33 |
| Bill | 6/22/2001 | 2815499845j | -63.57 |
| Bill | 6/25/2001 | 2816750612J | -63.57 |
| Bill | 6/25/2001 | 2816040608J | -343.70 |
| Bill | 6/25/2001 | 2816750273J | -63.57 |
| Bill | 6/25/2001 | 2816490523J | -358.35 |
| Bill | 6/25/2001 | 2816490523j | -96.28 |
| Bill | 6/25/2001 | 2816490523J | -75.80 |
| Bill | 6/25/2001 | 2816499314J | -75.80 |
| Bill | 6/25/2001 | 2816750607J | -75.80 |
| Bill | 6/25/2001 | 2818100311j | -81.15 |
| Bill | 6/25/2001 | 2818100311J | -68.57 |
| Bill | 6/25/2001 | 2142009045J | -71.28 |
| Bill | 6/25/2001 | 2819884505J | -69.38 |
| Bill | 6/25/2001 | 2819884686M | -1,024.07 |

09/20/01

# Lattice Communications, Inc.
## Transactions by Date
### August 30, 2000 through August 29, 2001

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Aug 30, '00 - Aug 29, '01 | | | | | |
| Check | 9/1/2000 | 4219 | Richard A Koseluk | Salaries & Wages | -3,114.50 |
| Check | 9/15/2000 | 4277 | Richard A Koseluk | Salaries & Wages | -3,114.50 |
| Check | 10/2/2000 | 4352 | Richard A Koseluk | General Administration | -3,114.50 |
| Check | 10/10/2000 | 4409 | R.A. Koseluk | 60-20-003 Payable-Related Party | -7,544.14 |
| Check | 10/16/2000 | 4418 | Richard A Koseluk | General Administration | -3,114.50 |
| Check | 10/27/2000 | 4477 | Richard Koseluk | -SPLIT- | -36,999.18 |
| Check | 11/1/2000 | 4488 | Richard A Koseluk | General Administration | -3,114.50 |
| Check | 11/15/2000 | 4565 | Richard A Koseluk | General Administration | -3,114.50 |
| Check | 12/1/2000 | 4630 | Richard A Koseluk | General Administration | -3,114.50 |
| Check | 12/11/2000 | 4693 | Richard Koseluk | -SPLIT- | -1,181.56 |
| Check | 12/11/2000 | 4694 | Richard Koseluk | -SPLIT- | -362.10 |
| Check | 12/15/2000 | 4727 | Richard A Koseluk | General Administration | -3,114.50 |
| Check | 1/2/2001 | 4796 | Richard A Koseluk | -SPLIT- | -3,114.50 |
| Check | 1/15/2001 | 4871 | Richard A Koseluk | -SPLIT- | -3,114.50 |
| Check | 1/29/2001 | 4912 | R.A. Koseluk | -SPLIT- | -161.26 |
| Check | 2/1/2001 | 4943 | Richard A Koseluk | -SPLIT- | -3,114.50 |
| Check | 2/15/2001 | 4981 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 3/1/2001 | 5018 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 3/15/2001 | 5110 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 4/2/2001 | 5130 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Bill | 4/9/2001 | 000101 | Richard Koseluk | -SPLIT- | -645.41 |
| Check | 4/16/2001 | 5166 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 4/16/2001 | 5169 | Richard A Koseluk | 30-18-003 Administrative | -645.41 |
| Bill | 4/30/2001 | April | Richard Koseluk | -SPLIT- | -3,064.67 |
| Check | 5/1/2001 | 5237 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Bill Pmt -Check | 5/9/2001 | 5246 | Richard Koseluk | 60-10-003 Accounts Payable | -3,064.67 |
| Bill Pmt -Check | 5/9/2001 | 5268 | Richard Koseluk | 60-10-003 Accounts Payable | -645.41 |
| Check | 5/15/2001 | 5286 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 6/1/2001 | 5328 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 6/15/2001 | 5386 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 7/1/2001 | 5407 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 7/18/2001 | 5461 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 8/1/2001 | 5491 | R.A. Koseluk | -SPLIT- | -1,155.61 |
| Check | 8/13/2001 | 5533 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 8/15/2001 | 5544 | Richard A Koseluk | -SPLIT- | -1,721.83 |
| Check | 8/27/2001 | 5556 | Richard A Koseluk | -SPLIT- | -6,577.68 |
| Check | 8/27/2001 | 5560 | R.A. Koseluk | -SPLIT- | -792.95 |

Aug 30, '00 - Aug 29, '01

## ATTACHMENT #3b

# Lattice Communications, Inc.
## Transactions by Date
### August 30, 2000 through August 29, 2001

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| **Aug 30, '00 - Aug 29, '01** | | | | | |
| Check | 9/1/2000 | 4223 | John R Babec | Salaries & Wages | -3,016.50 |
| Check | 9/15/2000 | 4274 | John R Babec | Salaries & Wages | -3,016.50 |
| Check | 10/2/2000 | 4356 | John R Babec | Sales | -3,016.50 |
| Check | 10/16/2000 | 4422 | John R Babec | Sales | -3,016.50 |
| Check | 10/26/2000 | 4472 | John Babec | -SPLIT- | -5,160.84 |
| Check | 10/26/2000 | 4474 | John Babec | -SPLIT- | -6,078.55 |
| Check | 11/1/2000 | 4492 | John R Babec | Sales | -3,016.50 |
| Check | 11/15/2000 | 4567 | John R Babec | Sales | -3,016.50 |
| Check | 12/1/2000 | 4632 | John R Babec | Sales | -3,016.50 |
| Check | 12/15/2000 | 4732 | John R Babec | Sales | -3,016.50 |
| Check | 12/22/2000 | 4754 | John Babec | -SPLIT- | -465.68 |
| Check | 12/22/2000 | 4755 | John Babec | -SPLIT- | -782.78 |
| Check | 1/2/2001 | 4800 | John R Babec | -SPLIT- | -3,016.50 |
| Check | 1/15/2001 | 4865 | John R Babec | -SPLIT- | -3,016.50 |
| Check | 2/1/2001 | 4938 | John R Babec | -SPLIT- | -1,669.33 |
| Check | 2/15/2001 | 4978 | John R Babec | -SPLIT- | -1,669.33 |
| Bill | 3/1/2001 | 5014 | John R Babec | -SPLIT- | -587.40 |
| Bill | 3/12/2001 | Dec 2000 | John Babec | -SPLIT- | -1,001.28 |
| Bill Pmt -Check | 3/12/2001 | Jan-Fe... | John Babec | 60-10-003 Accounts Payable | -1,588.68 |
| Check | 3/15/2001 | 5074 | John R Babec | -SPLIT- | -1,669.33 |
| Check | 4/2/2001 | 5107 | John R Babec | -SPLIT- | -1,669.33 |
| Check | 4/16/2001 | 5127 | John Babec | -SPLIT- | -1,669.33 |
| Bill | 4/30/2001 | 5162 | John Babec | -SPLIT- | -2,637.14 |
| Check | 5/1/2001 | May | John Babec | -SPLIT- | -1,669.33 |
| Bill Pmt -Check | 5/9/2001 | 5233 | John Babec | 60-10-003 Accounts Payable | -2,637.14 |
| Check | 5/15/2001 | 5266 | John Babec | -SPLIT- | -1,669.33 |
| Check | 6/1/2001 | 5282 | John Babec | -SPLIT- | -1,669.33 |
| Bill | 6/1/2001 | 5324 | John Babec | 30-18-002 - Sales | -597.20 |
| Check | 6/15/2001 | 5382 | John Babec | -SPLIT- | -1,669.33 |
| Check | 7/1/2001 | 5403 | John Babec | -SPLIT- | -1,669.33 |
| Check | 7/18/2001 | 5456 | John Babec | -SPLIT- | -1,669.33 |
| Check | 8/1/2001 | 5488 | John Babec | -SPLIT- | -1,669.33 |
| Check | 8/13/2001 | 5534 | John R. Babec | -SPLIT- | -1,422.51 |
| Check | 8/15/2001 | 5539 | John Babec | -SPLIT- | -1,669.33 |
| Check | 8/27/2001 | 5555 | John Babec | -SPLIT- | -6,451.68 |
| Check | 8/27/2001 | 5559 | John Babec | -SPLIT- | -397.70 |
| **Aug 30, '00 - Aug 29, '01** | | | | | |

# Lattice Communications, Inc.
## Transactions by Date
### August 30, 2000 through August 29, 2001

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| **Aug 30, '00 - Aug 29, '01** | | | | | |
| Check | 9/1/2000 | 4222 | Darryl L. Emmert | Salaries & Wages | -2,834.62 |
| Check | 9/15/2000 | 4272 | Darryl L. Emmert | Salaries & Wages | -2,834.62 |
| Check | 9/27/2000 | 4333 | Darryl Emmert | Interest | -712.50 |
| Check | 10/2/2000 | 4355 | Darryl L. Emmert | Sales | -2,834.62 |
| Check | 10/16/2000 | 4421 | Darryl Emmert | Sales | -4,905.33 |
| Check | 10/26/2000 | 4475 | Darryl Emmert | -SPLIT- | -2,834.62 |
| Check | 11/1/2000 | 4491 | Darryl Emmert | Sales | -562.50 |
| Check | 11/1/2000 | 4521 | Darryl Emmert | Interest | -2,834.62 |
| Check | 11/15/2000 | 4573 | Darryl L. Emmert | Sales | -2,834.62 |
| Check | 12/1/2000 | 4636 | Darryl Emmert | Sales | -562.50 |
| Check | 12/5/2000 | 4659 | Darryl Emmert | Interest | -2,834.62 |
| Check | 12/15/2000 | 4730 | Darryl L. Emmert | Sales | -2,834.62 |
| Check | 12/29/2000 | 4774 | Darryl Emmert | Interest | -562.50 |
| Check | 1/2/2001 | 4799 | Darryl L Emmert | -SPLIT- | -2,834.62 |
| Check | 1/15/2001 | 4860 | Darryl L. Emmert | -SPLIT- | -2,834.62 |
| Check | 1/31/2001 | 4916 | Darryl Emmert | 40-10-001 Interest Expense | -562.50 |
| Check | 2/1/2001 | 4934 | Darryl L. Emmert | -SPLIT- | -2,834.62 |
| Check | 2/15/2001 | 4975 | Darryl L. Emmert | -SPLIT- | -1,540.61 |
| Check | 3/1/2001 | 5010 | Darryl Emmert | -SPLIT- | -1,540.61 |
| Check | 3/1/2001 | 5023 | Darryl Emmert | 40-10-001 Interest Expense | -520.83 |
| Check | 3/15/2001 | 5104 | Darryl L. Emmert | -SPLIT- | -1,540.61 |
| Check | 3/31/2001 | 5136 | Darryl Emmert | 40-10-001 Interest Expense | -520.83 |
| Check | 4/2/2001 | 5124 | Darryl L. Emmert | -SPLIT- | -1,540.61 |
| Check | 4/16/2001 | 5159 | Darryl Emmert | -SPLIT- | -1,540.61 |
| Check | 4/30/2001 | 5213 | Darryl Emmert | 40-10-001 Interest Expense | -500.00 |
| Check | 5/1/2001 | 5230 | Darryl Emmert | -SPLIT- | -1,540.61 |
| Check | 5/15/2001 | 5279 | Darryl Emmert | -SPLIT- | -1,540.61 |
| Check | 5/31/2001 | 5363 | Darryl Emmert | 40-10-001 Interest Expense | -479.17 |
| Check | 6/1/2001 | 5321 | Darryl Emmert | -SPLIT- | -1,540.61 |
| Check | 6/15/2001 | 5389 | Darryl Emmert | -SPLIT- | -1,540.60 |
| Check | 6/30/2001 | 5424 | Darryl Emmert | 40-10-001 Interest Expense | -458.33 |
| Check | 7/9/2001 | 5446 | Darryl Emmert | -SPLIT- | -1,540.61 |
| Check | 8/1/2001 | 5499 | Darryl Emmert | 40-10-001 Interest Expense | -447.92 |

**Aug 30, '00 - Aug 29, '01**

## Lattice Communications, Inc.
## Transactions by Date
### August 30, 2000 through August 29, 2001

09/20/01

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Aug 30, '00 - Aug 29, '01 | | | | | |
| Check | 9/1/2000 | 4220 | Jeffery V. Houston | Salaries & Wages | -2,834.62 |
| Check | 9/15/2000 | 4288 | Jeffery V. Houston | Salaries & Wages | -2,834.62 |
| Check | 10/2/2000 | 4353 | Jeffery V. Houston | General Administration | -2,834.62 |
| Check | 10/16/2000 | 4419 | Jeffery V. Houston | General Administration | -2,834.62 |
| Check | 10/25/2000 | 4471 | Jeff Houston | -SPLIT- | -8,298.27 |
| Check | 11/1/2000 | 4489 | Jeffery V. Houston | General Administration | -2,834.62 |
| Check | 11/15/2000 | 4566 | Jeffery V. Houston | General Administration | -2,834.62 |
| Bill | 11/30/2000 | A | Jeff Houston. | -SPLIT- | -255.80 |
| Check | 12/1/2000 | 4631 | Jeffery V. Houston | General Administration | -2,834.62 |
| Check | 12/15/2000 | 4728 | Jeffery V. Houston | General Administration | -2,834.62 |
| Bill | 12/31/2000 | A | Jeff Houston. | -SPLIT- | -957.13 |
| Check | 1/2/2001 | 4797 | Jeffery V. Houston | -SPLIT- | -2,834.62 |
| Check | 1/15/2001 | 4863 | Jeffery V. Houston | -SPLIT- | -2,834.62 |
| Bill | 1/31/2001 | A | Jeff Houston. | -SPLIT- | -132.75 |
| Check | 2/1/2001 | 4936 | Jeffery V. Houston | -SPLIT- | -2,834.62 |
| Bill | 2/1/2001 | A | Jeff Houston. | -SPLIT- | -225.10 |
| Check | 2/15/2001 | 4977 | Jeffery V. Houston | -SPLIT- | -1,540.61 |
| Check | 3/1/2001 | 5012 | Jeffery V. Houston | -SPLIT- | -1,540.61 |
| Check | 3/15/2001 | 5106 | Jeffery V. Houston | -SPLIT- | -1,540.61 |
| Bill | 3/31/2001 | A | Jeff Houston. | -SPLIT- | -107.25 |
| Check | 4/2/2001 | 5126 | Jeffery V. Houston | -SPLIT- | -1,540.61 |
| Check | 4/16/2001 | 5161 | Jeff Houston. | -SPLIT- | -1,540.61 |
| Bill | 4/17/2001 | A | Jeff Houston. | -SPLIT- | -798.70 |
| Bill Pmt -Check | 4/23/2001 | 5179 | Jeff Houston. | 60-10-003 Accounts Payable | -1,345.68 |
| Check | 5/1/2001 | 5232 | Jeff Houston | -SPLIT- | -1,540.61 |
| Bill Pmt -Check | 5/9/2001 | 5265 | Jeff Houston. | 60-10-003 Accounts Payable | -1,023.80 |
| Check | 5/15/2001 | 5281 | Jeff Houston | -SPLIT- | -1,540.61 |
| Bill Pmt -Check | 5/24/2001 | 5331 | Jeff Houston. | 60-10-003 Accounts Payable | -107.25 |
| Check | 6/1/2001 | 5323 | Jeff Houston | -SPLIT- | -1,540.61 |
| Check | 6/15/2001 | 5381 | Jeff Houston | -SPLIT- | -1,540.61 |
| Check | 7/6/2001 | | Jeff Houston | 30-10-003 Administrative | -1,540.61 |
| Deposit | 8/7/2001 | 5435 | Jeff Houston | 30-11-000 Employee Benefits | 399.40 |
| Aug 30, '00 - Aug 29, '01 | | | | | |

Page 1