United States District Court
Southern District of Texas

SEP 27 2001

Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

CASE NAME: Lattice Communications Inc.    Petition Date: 08/29/2001

CASE NUMBER: 01-80358

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH August  YEAR 2001

| MONTH | 8/31/01 | | | | |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | (261) | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (15536) | | | | |
| NET INCOME (LOSS) (MOR-6) | (15536) | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 8334 | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | — | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 13450 | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

Are all accounts receivable being collected within terms?  Yes  (No)
Are all post-petition liabilities, including taxes, being paid within terms?  (Yes)  No
Have any pre-petition liabilities been paid?  Yes  (No)   If so, describe

Are all funds received being deposited into DIP bank accounts?  Yes  (No)
Were any assets disposed of outside the normal course of business?  Yes  (No)
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current?  (Yes)  No

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES(✓) NO( ) | 11-12-01 |
| LIABILITY | YES(✓) NO( ) | 11-12-01 |
| VEHICLE | YES(✓) NO( ) | 11-12-01 |
| WORKERS | YES(✓) NO( ) | 11-12-01 |
| OTHER | YES( ) NO( ) | |

What is the status of your Plan of Reorganization?

ATTORNEY NAME: Richard L. Fuqua III
FIRM: Fuqua & Keim
ADDRESS: 2777 Allen Parkway, Suite 480
ADDRESS:
CITY, STATE ZIP: Houston, TX 77019
TELEPHONE: 713-960-0277

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE  CEO

MOR-1

CASE NAME: Lattice Communications Inc.  CASE NUMBER: 01-80353-G3-11

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* (08/29/2001) | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 12254 | 7832 | | | | | | |
| Accounts Receivable, Net | 216845 | 174365 | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | | | | | | | |
| Investments | | | | | | | | |
| Other | | | | | | | | |
| TOTAL CURRENT ASSETS | 229099 | 182197 | | | | | | |
| PROPERTY, PLANT&EQUIP. @ COST | 622484 | 622484 | | | | | | |
| Less Accumulated Depreciation | -234064 | -234064 | | | | | | |
| NET BOOK VALUE OF PP & E | 388420 | 388420 | | | | | | |
| OTHER ASSETS: | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subs | | | | | | | | |
| 3. | | | | | | | | |
| 4. (attach list) | | | | | | | | |
| TOTAL ASSETS | 617519 | 570617 | | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 6/15/96

CASE NAME: Lattice Communications Inc.   CASE NUMBER: 01-80353-G3-11

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 08/29/2001 | MONTH 8/31/2001 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | 565963 | 565963 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA Withholding | | | | | | | |
| Unsecured Debt | 1528352 | 1528352 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 2094315 | 2094315 | | | | | |
| **TOTAL LIABILITIES** | 2094315 | 2094315 | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 76185 | 76185 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 737514 | 737514 | | | | | |
| RETAINED EARNINGS: Filing Date | (791998) | (791998) | | | | | |
| RETAINED EARNINGS: Post Filing Date | | (46,517) | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (978299) | (1024816) | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 1116016 | 1069499 | | | | | |

MOR-3    *Per Schedules and Statement of Affairs

Revised 6/7/96

CASE NAME: Lattice Communications Inc.   CASE NUMBER: 01-80353-G3-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 8/31/2001 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | 14362 | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | 14362 | | | | | |

\* Payment Requires Court Approval.

MOR-4

CASE NAME: Lattice Communications Inc.  CASE NUMBER: 01-80353-G3-11

## AGING OF POST-PETITION LIABILITIES
MONTH **Aug 2001**

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM. OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 14362 | | 14362 | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | | | | | | |
| TOTAL | 14362 | | 14362 | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 8/31/2001 | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | 78109 | | | | |
| 31-60 DAYS | 44623 | | | | |
| 61-90 DAYS | 17863 | | | | |
| 91 + DAYS | 34370 | | | | |
| TOTAL | 174365 | | | | |

MOR-5

CASE NAME: Lattice Communications Inc.　　　　CASE NUMBER: 01-80353-G3-11

## STATEMENT OF INCOME (LOSS)

| MONTH | 8/31/2001 | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | (261) | | | | | | |
| TOTAL COST OF REVENUES | (175) | | | | | | |
| GROSS PROFIT | (86) | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | 9582 | | | | | | |
| Insiders Compensation | 8333 | | | | | | |
| Professional Fees | | | | | | | |
| Other (attach list) BANK FEES | 25 | | | | | | |
| PAYROLL TAXES | (4490) | | | | | | |
| TOTAL OPERATING EXPENSES | 13450 | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | (13536) | | | | | | |
| INTEREST EXPENSE | | | | | | | |
| DEPRECIATION | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | |
| OTHER ITEMS** | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | |
| NET INCOME BEFORE TAXES | (13536) | | | | | | |
| FEDERAL INCOME TAXES | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | (13536) | | | | | | |

Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or Infrequent Item(s) outside the ordinary course of business, requires footnote

MOR-6　　　　　　　　　　　　　　　　　　　　　　　　　　　Revised 6/14/96

CASE NAME: Lattice Communications Inc.   CASE NUMBER: 01-80353-G3-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/31/2001 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 583 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 20811 | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) REFUND/CREDIT | (86) | | | | | | |
| TOTAL RECEIPTS | 20725 | | | | | | |
| (Withdrawal)(Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 13425 | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | | | | | | | |
| 11. UTILITIES | | | | | | | |
| 12. INSURANCE | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | |
| 17. ADMINISTRATIVE & SELLING | | | | | | | |
| 18. OTHER (attach list) BANK FEE | 25 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 13450 | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 13450 | | | | | | |
| 22. NET CASH FLOW | 7275 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 7858 | | | | | | |

MOR-7

*Applies to Individual debtor's only.

CASE NAME: Lattice Communications, Inc.
CASE NUMBER: 01-80358-G3-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF August 2001

| | | | | |
|---|---|---|---|---|
| BANK NAME | Merrill Lynch | | | |
| ACCOUNT NUMBER | #589-07483 | # | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 36705 | | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | 28847 | | | | |
| ADJUSTED BANK BALANCE | 7858 | | | | |
| BEGINNING CASH - PER BOOKS | 583 | | | | |
| RECEIPTS | 20725 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 13450 | | | | |
| ENDING CASH - PER BOOKS | 7858 | | | | |

MOR-8

Revised 6-13-96

CASE NAME: Lattice Communications Inc.     CASE NUMBER: 01-80353-G3-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g. salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH 8/31/2001 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. R. KOSELUK / CEO / SALARY | 4167 | | | | | |
| 2. J. BABEC / VP / SALARY | 4167 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 8334 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

MOR-9

Revised 6/14/96