UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
RICHARD W. SIMMONS
UNITED STATES TRUSTEE
ELLEN M. HICKMAN
TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Facsimile: (713) 718-4670

United States Courts
Southern District of Texas
FILED

JAN 1 5 2002

Michael N. Milby, Clerk of Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| IN RE: | § | CASE NO. |
|---|---|---|
| | § | |
| LATTICE COMMUNICATIONS INC. | § | 01-80358-G3-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### MOTION OF UNITED STATES TRUSTEE TO CONVERT CASE
### TO CHAPTER 7, OR, IN THE ALTERNATIVE, TO DISMISS

*******************************************************************************

**LOCAL RULE 9013(b) NOTICE:** **IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT, 601 ROSENBERG, ROOM 411, GALVESTON, TX 77550 WITHIN TWENTY DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.**

**IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIMES.**

*******************************************************************************

TO THE HONORABLE LETITIA Z. CLARK
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW, THE UNITED STATES TRUSTEE ("UST"), through the undersigned attorney, who respectfully moves this Court under 11 U.S.C. §1112(b) for an order converting this case to Chapter 7 or, in the alternative, dismissing this case. In support thereof, the UST represents

as follows:

1. The UST is imposed with certain administrative responsibilities pursuant to 28 U.S.C. §586(a), which include the supervision of the operation of the debtor and progress of cases pending under chapter 11.

2. This case was commenced by the filing of a voluntary petition on August 29, 2001.

3. Debtor has failed to file a disclosure statement and plan of reorganization, and it is more than 120 days after the date of the order of relief. Upon information and belief, the Debtor has not sought any extension of the exclusivity period in which to file a disclosure statement and plan of reorganization.

4. 11 U.S.C. §1112(b) provides, *inter alia*, that the court may convert or dismiss a case, whichever is in the best interest of creditors and the estate, for cause, including unreasonable delay by the debtor that is prejudicial to creditors and failure to propose a plan under section 1121 of this title within any time fixed by the court.

5. The UST recommends conversion of this chapter 11 case to chapter 7.

WHEREFORE, the UST prays that this Court enter an order converting this case to a case under chapter 7 or, in the alternative, dismissing this chapter 11 case, and for any and all further relief as may be equitable and just.

Dated: January 14, 2002

Respectfully submitted,

RICHARD W. SIMMONS
UNITED STATES TRUSTEE

By: Ellen M. Hickman
Ellen M. Hickman
Texas Bar #12975800
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4665, (713) 718-4680 Fax

*Motion To Convert to Chapter 7 or to Dismiss - Page 2*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION OF THE UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7, OR, IN THE ALTERNATIVE, TO DISMISS was served upon the debtor, debtor's counsel and parties requesting notice by first class, United States mail, postage prepaid on _14th_ day of January, 2002, at the addresses listed below. Notice of the motion will be served on all parties in interest and will be evidenced by the certificate of mailing prepared by the Clerk of Courts.

_/s/ Ellen M. Hickman_
Ellen M. Hickman, Attorney
515 Rusk, Suite 3516
Houston, TX 77002
(713) 718-4665, (713) 718-4680 Fax

**DEBTOR'S COUNSEL**

Richard L. Fuqua, II
Fuqua & Keim
2777 Allen Parkway, Suite 480
Houston, TX 77019

**DEBTOR**

Lattice Communications Inc.
11811 North Freeway, Suite 975
Houston, TX 77060

**PARTIES REQUESTING NOTICE**

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

David S. Elder
GARDERE WYNNE SEWELL & RIGGS, LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5007

Jay W. Hurst
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

John P. Dillman
Linebarger, Heard, Goggan, Blair, Graham, Pena & Sampson, L.L.P.
P. O. Box 3064
Houston, TX 77253-3064

Richard J. Judge, Jr.
Boyer Ewing Inc.
Nine Greenway Plaza, Suite 3100
Houston, TX 77046

Kurt M. Anderson
Brian L. Boysen
Sunrise International Leasing Corp.
P. O. Box 2434
Minneapolis, Minnesota 55402-0434