IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



United States Courts
Southern District of Texas
FILED

APR 16 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LATTICE COMMUNICATIONS, INC. | § | CASE NO. 01-80358-G3-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

## ORDER APPROVING DISCLOSURE STATEMENT IN SUPPORT OF CHAPTER 11 PLAN OF REORGANIZATION, AND FIXING TIME FOR FILING ACCEPTANCES OR OBJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

A Disclosure Statement under Chapter 11 of the Bankruptcy Code was filed by Lattice Communications, Inc. ("Debtor") relating to the Debtor's Chapter 11 Plan of Reorganization (the "Disclosure Statement"); and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information;

IT IS ORDERED, and notice is hereby given, that:

A. The Debtor's Disclosure Statement in Support of the Chapter 11 Plan of Reorganization is APPROVED.

B. _May 3, 2002_, is fixed as the last day for filing written acceptances or rejections of the Debtor's Chapter 11 Plan of Reorganization (the "Plan").

C. On or before _April 22, 2002_ the Plan, the Disclosure Statement, this Order, and a ballot conforming to Official Form No. 14 shall be transmitted by the Debtor by regular U.S. Mail, to creditors, equity security holders and other parties in interest

as provided in Rule 3017(d). A hearing on confirmation of the Plan shall be held on __May 10, 2002__ at __2:45__ p.m., at the U.S. Courthouse, ~~515 Rusk, Houston~~ 601 Rosenberg, 7th Fl, Galveston, Texas.

D. __May 6, 2002__ is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) any written objections to confirmation of the Plan.

SIGNED this __12__ day of __April__, 2002.

_____
Letitia Z. Clark
United States Bankruptcy Judge